```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 39234
   NORMA E MCCARTHY
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

          Debtor
   SSN XXX-XX-4885


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/21/04 and confirmed on 12/17/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  16566.16 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WELLS FARGO | CURRENT MORTG | .00 | .00 | .00 |
| ABBOTT LABS | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1821.47 | .00 | 1821.47 |
| ACTION CARD | UNSECURED | NOT FILED | .00 | .00 |
| ACTION CARD | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2070.80 | .00 | 2070.80 |
| ROUNDUP FUNDING LLC | UNSECURED | 1284.28 | .00 | 1284.28 |
| BANKFIRST | UNSECURED | NOT FILED | .00 | .00 |
| BUREAU OF COLLECTION REC | UNSECURED | NOT FILED | .00 | .00 |
| BUREAU OF COLLECTION REC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 431.80 | .00 | 431.80 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CLIENT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIRST CONSUMERS NATL BAN | UNSECURED | 987.18 | .00 | 987.18 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | 2635.82 | .00 | 2635.82 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 517.04 | .00 | 517.04 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2561.50 | .00 | 2561.50 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 720.44 | .00 | 720.44 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 747.17 | .00 | 747.17 |

          Summary of disbursements:
-----------------------------------------------------------------------

```
                        SECURED      PRIORITY    UNSECURED         OTHER          TOTAL
-------------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED          .00           .00     13777.50           .00       13777.50
PRINCIPAL PAID              .00           .00     13777.50           .00       13777.50
INTEREST PAID               .00           .00          .00           .00            .00
TOTAL PAID                  .00           .00     13777.50           .00       13777.50
```
The Debtor's attorney, GARY N FOLEY                    , was allowed $   2700.00
and was paid $     700.00   direct and $   2000.00   through the plan.

The Trustee received $     788.66 .

Refunds to the Debtor totaled $          .00 .

　　Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/08/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 04 B 39234 NORMA E MCCARTHY